**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.: 5:26-CV-283 (MTT)** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **236 PEACHBELT ROAD, THOMASTON,** | : | |
| **UPSON COUNTY, GEORGIA,** | : | |
| | : | |
| **Defendant Property.** | : | |
| | : | |

## WRIT OF ENTRY

TO:    ANY AUTHORIZED AGENT OF THE
        INTERNAL REVENUE SERVICE

WHEREAS, the United States having filed a Verified Complaint for Forfeiture *In Rem* against the Defendant Property listed as follows: real property known as 236 Peachbelt Road, Thomaston, Upson County, Georgia, and any appurtenances and improvements thereon, which is more particularly described as:

> All that tract or parcel of land lying and being in the Land Lot 259, 10th Land District, Upson County, Georgia, described as Tract "F", containing 12.628 acres, more or less, more particularly described by that certain plat of survey entitled "Plat For David F. Harris and Helen Staats Harris", prepared by Gary Fred Self, GRLS No. 1922, dated June 28, 1992, recorded in Plat Book 15, Page 219, Upson County Land Records. Said plat of survey and record thereof are by reference made a part hereof for a more accurate description of said property.
>
> Tax Map Parcel No.: 045 031

The United States having not requested authority to seize the Defendant Property at this time, but having stated that it will post notice of the Verified Complaint for Forfeiture *In Rem* on Defendant Property and serve notice of this action and a copy of the Verified Complaint on the owner(s) of the Defendant Property as required by Title 18, United States Code, Sections 985(c)(1) and (3);

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. 985(b)(2) and 18 U.S.C. 983(j) authorizing it to enter the Defendant Property, including any structures, for the purpose of conducting an inspection and inventory of the Defendant Property and, as provided in 19 U.S.C. 1606, to conduct an appraisal;

IT IS HEREBY ORDERED that the Internal Revenue Service or its designee, is hereby authorized:

1.      To enter the Defendant Property, including any structures, on one or more occasions during the pendency of this *in rem* forfeiture action against the Defendant Property, for the purpose of conducting an inspection and inventory and appraisal of the Defendant Property;

2.      To be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the Defendant Property pursuant to 19 U.S.C. 1606, which appraisal may include, among other means, still and video photography;

2

3.    To be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the Defendant Property, which inspection and inventory may include, among other means, still and video photography;

4.    To be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. 2232 prohibiting the impairment of *in rem* jurisdiction, or otherwise as provided by law.

**SO ORDERED**, this 17th day of July, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT